[Civil No. 937.]

THE TERRITORY OF ARIZONA, Plaintiff, v. THE BOARD OF SUPERVISORS OF SANTA CRUZ COUNTY, ARIZONA, composed of J. A. Harrison et al., and Phil Herold, as Clerk of the Board of Supervisors of Santa Cruz County, Defendants.

ORIGINAL PETITION for Writ of Mandamus.

E. S. Clark, Attorney-General, for Plaintiff.

S. F. Noon, and E. E. Ellinwood, for Defendants.

January 20, 1906.  Demurrer sustained.

---

[Civil No. 929.]

C. L. CUMMINGS, Appellant, v. IDA E. CUMMINGS, Appellee.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise.  Fletcher M. Doan, Judge.  Affirmed.

Ben Goodrich, for Appellant.

James Reilly, for Appellee.

March 30, 1906.

CAMPBELL, J.—This is an appeal from a decree granting a divorce to appellee on the ground of desertion. Although numerous errors are assigned, but one is urged by appellant, —namely, that there is no evidence corroborating the testimony of appellee that appellant was guilty of willful desertion.  Both parties testified that appellant left the home of, and refused to live with, appellee.  The question is as to which of the parties was at fault.  There is much testimony from numerous witnesses regarding their domestic difficulties. The trial court heard the testimony and from it found that the desertion was willful.  In our opinion there is testimony tending strongly to corroborate the appellee on this point.  No useful purpose will be served by reviewing it here.  The judgment is affirmed.

KENT, C. J., SLOAN, J., and NAVE, J., concur.